Luke W. Reese, OSB No. 076129
lreese@ghrlawyers.com
GARRETT HEMANN ROBERTSON P.C.
1011 Commercial Street N.E.
Salem, Oregon 97301-1049
Tel: (503) 581-1501
Fax: (503) 581-5891
   Of Attorneys for Defendant G4S Secure Solutions (USA) Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DAVID PITTS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>G4S SECURE SOLUTIONS (USA) INC., a foreign business corporation; STEWART BECKER, an individual; PAUL TRAYNOR, an individual; and FACEBOOK, INC., a foreign business corporation,<br><br>　　　　　Defendants. | No.　　3:20-cv-00074-AC<br><br>**DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS CLAIMS THREE, FIVE, SIX, AND SEVEN OF PLAINTIFF'S COMPLAINT** |

Consistent with Fed. R. Civ. P. 12(b)(6), Defendants G4S Secure Solutions (USA) Inc.; Stewart Becker; Paul Traynor; and Facebook Inc., respectfully request this Court dismiss Claims Three, Five, Six, and Seven of Plaintiff's Complaint for the following reasons. First, in Claim Three, Plaintiff alleges facts insufficient to state a claim for association discrimination. Second, in Claim Five, Plaintiff fails to attribute any action to Messrs. Becker and Traynor to establish a claim for aiding and abetting. Third, in Claim Six, Plaintiff cannot establish a duty owed by Facebook in support of his negligence claim because Facebook was not at any relevant time Plaintiff's employer. Finally, in Claim Seven, because Plaintiff was not a third-party

beneficiary to the Security Services Agreement between G4S and Facebook, his claim for breach of contract must be dismissed.

Respectfully submitted,

*s/ Luke Reese*
Luke Reese (OSB No. 076129)
Garrett Hemann Robertson P.C.
Willamette Professional Center
1011 Commercial St. NE
Salem, Oregon 97301
(503) 581-1501
lreese@ghrlawyers.com
*Counsel for Defendants*


*s/ Kelly Eisenlohr-Moul*
Kelly Eisenlohr-Moul (*Pro Hac Vice*)
Dinsmore & Shohl LLP
1100 Peachtree Street, Suite 950
Atlanta, Georgia 30309
Telephone: 470-300-5337
Email: kelly.eisenlohr-moul@dinsmore.com
*Counsel for Defendants*

Dated February 3, 2020.

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing **DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS CLAIMS THREE, FIVE, SIX, AND SEVEN OF PLAINTIFF'S COMPLAINT** on the date indicated below,

[X]   Via First-Class Mail with postage prepaid
[X]   Via Electronic Filing
[ ]   Via Facsimile Transmission
[ ]   Via Hand Delivery
[ ]   Via Overnight Delivery

to the following person(s) a true copy thereof, contained in a sealed envelope (if other than by facsimile transmission), addressed to said person(s) at their last known addresses indicated below:

> Philip R. Anderson
> Philip R. Anderson, P.C.
> 747 SW Mill View Way
> Bend OR  97702
> *OSB No. 952023*
> *Phone: (541) 323-3977*
> *phil@praattorney.com*
> Of Attorneys for Plaintiff

DATED February 3, 2020.

> GARRETT HEMANN ROBERTSON P.C.


> *s/ Luke W. Reese*
> ─────────────────────────────
> Luke W. Reese
> OSB No. 076129
> Phone: 503-581-1501
> Fax: 503-581-5891
> lreese@ghrlawyers.com
> Of Attorneys for Defendants

> DINSMORE & SHOHL LLP


> *s/ Kelly Eisenlohr-Moul*
> ─────────────────────────────
> Kelly Eisenlohr-Moul (*Pro Hac Vice*)
> Phone:  470-300-5337
> kelly.eisenlohr-moul@dinsmore.com
> Of Attorneys for Defendants

CERTIFICATE OF SERVICE:
Pitts v. G4S Secure Solutions (USA) Inc., et al.