# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DAVID PITTS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>G4S SECURE SOLUTIONS (USA) INC., a foreign business corporation; STEWART BECKER, an individual; PAUL TRAYNOR, an individual; and FACEBOOK, INC., a foreign business corporation,<br><br>　　　　Defendants. | Case No. 3:20-cv-00074<br><br>AFFIDAVIT OF SERGIO MADRID IN SUPPORT OF RULE 12(b)(6) MOTION TO DISMISS CLAIMS THREE, FIVE, SIX AND SEVEN OF PLAINTIFF'S COMPLAINT |

I, Sergio Madrid, affirm under penalty of perjury:

1. I am the Vice President of Human Resources for the Western Region of G4S Secure Solutions (USA) Inc. ("G4S").

2. I have personal knowledge of the facts set forth in this Affidavit, or know them in my capacity as a G4S employee based on my review of corporate records created and maintained by G4S in the regular course of its business and, if called to testify, I could and would testify competently to them.

AFFIDAVIT IN SUPPORT OF MOTION
TO DISMISS PLAINTIFF'S
COMPLAINT
1

Dinsmore & Shohl LLP
1100 Peachtree Street NE, Suite 950
Atlanta, GA 30309
(470) 300-5339  Fax: 300-5352

3. G4S contracts with Facebook, Inc. ("Facebook") to provide security personnel and services to Facebook in various locations throughout Oregon.

4. The security personnel G4S assigns to provide security services to Facebook are G4S employees throughout their assignment.

5. Plaintiff, David Pitts, was employed by G4S from June 23, 2017 to July 14, 2018.

6. Defendant, Stewart Becker, was employed by G4S from January 11, 2008 to August 2, 2018.

7. Defendant, Paul Traynor, has been employed by G4S since February 10, 2017.

8. Facebook does not have the right to control G4S security personnel.

9. G4S maintains sole responsibility for hiring and firing security personnel.

10. G4S is responsible for day-to-day supervision and sets the terms and conditions of employment for security personnel.

Consistent with 28 U.S.C.A. § 1746, by my signature below I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: February 3, 2020

_____
Sergio Madrid

AFFIDAVIT IN SUPPORT OF MOTION
TO DISMISS PLAINTIFF'S
COMPLAINT
2

**Dinsmore & Shohl LLP**
1100 Peachtree Street NE, Suite 950
Atlanta, GA 30309
(470) 300-5339  Fax: 300-5352

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing **Affidavit of Service Madrid in Support of Rule 12(b)(6) Motion to Dismiss Claims Three, Five, Six and Seven of Plaintiff's Complaint** on the date indicated below,

[X]     Via First-Class Mail with postage prepaid
[X]     Via Electronic Filing
[ ]     Via Facsimile Transmission
[ ]     Via Hand Delivery
[ ]     Via Overnight Delivery

to the following person(s) a true copy thereof, contained in a sealed envelope (if other than by facsimile transmission), addressed to said person(s) at their last known addresses indicated below:

>Philip R. Anderson
>Philip R. Anderson, P.C.
>747 SW Mill View Way
>Bend OR 97702
>*OSB No. 952023*
>*Phone: (541) 323-3977*
>*phil@praattorney.com*
>Of Attorneys for Plaintiff

DATED February 3, 2020.

         GARRETT HEMANN ROBERTSON P.C.

>*s/ Luke W. Reese*
>Luke W. Reese
>OSB No. 076129
>Phone: 503-581-1501
>Fax: 503-581-5891
>lreese@ghrlawyers.com
>Of Attorneys for Defendants

         DINSMORE & SHOHL LLP

>*s/ Kelly Eisenlohr-Moul*
>Kelly Eisenlohr-Moul (*Pro Hac Vice*)
>Phone: 470-300-5337
>kelly.eisenlohr-moul@dinsmore.com
>Of Attorneys for Defendants